UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV19-02497 JAK (FFMx) | Date | January 6, 2020 |
|---|---|---|---|
| Title | Bonnie Dellatorre, et al. v. ZF TRW Automotive Holdings Corp., et al. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TRANSFERRING CASE TO MDL NO. 2905 JS-6**

The Court orders this case to be transferred to MDL No. 2905: In Re: ZF-TRW Airbag Control Units Products Liability Litigation. Counsel shall refrain from filing any further pleadings or documents in this case as of the date of this Order. All documents shall be filed in MDL No. 2905. Counsel shall refer to the docket of MDL. No. 2905 to obtain the Order (Dkt. 4) with respect to how all documents are to be filed and the February 24, 2020 Case Management Conference. Dkt. 5.

The Clerk is directed to close this case and transfer the names of all parties and their respective counsel to MDL No. 2905.

**IT IS SO ORDERED.**

:

Initials of Preparer     ak